**146  ELLAIR vs. CIRCUIT JUDGE** (Wayne), 46 M., 496.

To vacate an order restoring an appeal from the probate of a will, which had been dismissed over three years before.

Granted July 1, 1881.

Held, that the dismissal was a final judgment and no writ of error or certiorari would lie after the lapse of two years unless in excepted cases.    See No. 139.